**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

TOI-ALLYSON KOLOWENA            CASE NO. 3:24cv159

     Plaintiff,                      JUDGE WALTER H. RICE

vs.

ELYZABETH KATRYN MCDONALD, et al.

     Defendants.

---

**ORDER OF DISMISSAL; TERMINATION ENTRY**

---

       The Court having been advised by counsel for the parties that the above matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED,** with prejudice as to the parties, provided that any of the parties may, upon good cause shown **within 90 days**, reopen the action if settlement is not consummated.

       Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

       The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

       **IT IS SO ORDERED.**

*Walter H. Rice*

**WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT**